IT IS SO ORDERED.

Dated: 30 July, 2019 12:28 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 7 |
| JASON A. GIESE | CASE NO. 19-10011 |
| DEBTOR. | ADV. NO. 19-1043 |
| JASON A. GIESE | |
| PLAINTIFF. | |
| v. | JUDGE JESSICA E. PRICE SMITH |
| SALLIE MAE, ET AL, | |
| DEFENDANTS. | |

### ORDER TO APPEAR AND SHOW CAUSE

Plaintiff is ordered to appear and show cause as to why this adversary proceeding should not be dismissed. The main case was closed prior to the filing of this adversary complaint. In addition, the Defendants were not timely served. The Plaintiff is ordered to appear and show cause on August 21, 2019 at 10:00 a.m.

**IT IS SO ORDERED.**