**IT IS SO ORDERED.**

Dated: 19 February, 2020 12:40 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 7 |
| JASON A. GIESE | CASE NO. 19-10011 |
| DEBTOR. | ADV. NO. 19-1043 |
| JASON A. GIESE | |
| PLAINTIFF. | |
| v. | JUDGE JESSICA E. PRICE SMITH |
| SALLIE MAE, ET AL, | |
| DEFENDANTS. | |

### ORDER

This matter came before the Court on an order for Debtor's counsel, Mr. Donald Harris, to appear and show cause why he should not be held in civil contempt for failure of representation in this case (Doc. No. 31). For the reasons stated on the record at the February 4, 2020 hearing, Mr. Harris is ordered to return the television given to him by Debtor and file a certification of compliance with this Court by March 18, 2020. Failure to comply with this order may result in additional sanctions.

**IT IS SO ORDERED.**

1